IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DONTA RUSSELL-EL, # 192899,          :

    Plaintiff,                                     :

vs.                                                        :       CIVIL ACTION 09-0120-WS-N

WARDEN CULLIVER, et al.,              :

    Defendants.                              :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED with prejudice, prior to service of process, pursuant to 28 U.S.C. § (e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

DONE this 6th day of May, 2010.

                                                      s/WILLIAM H. STEELE
                                                    CHIEF UNITED STATES DISTRICT JUDGE